# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                        Case Number-3:17-mj-00359
`                                       Eastern District of Kentucky: 6:17-CR-38 GFVT

-vs-

                                         Magistrate Judge Michael J. Newman

MALIK DILLARD-CRIBBS,

    Defendant.

## ORDER GRANTING MOTION FOR RECONSIDERATION

    TO:    THE UNITED STATES MARSHAL
             AND ANY OTHER AUTHORIZED OFFICER:

Last week, the Court determined that Defendant, Malik Dillard-Cribbs, should be transported by the U.S. Marshal to the Federal Courthouse in London, Kentucky where he is to face pending charges. On August 15, 2017, the Court heard oral argument from both sides on Defendant's Motion for Reconsideration of the Court's prior bond determination (Doc. 10). During oral argument, Defense counsel advised the Court that Defendant's family was amenable to picking up Defendant and transporting him to London, Kentucky and would do so within a four hour time frame. During the same call, the Assistant U.S. attorney advised the court that- after conferring with his AUSA counterpart in the Eastern District of Kentucky, the government was not seeking to detain Defendant pending the transfer to London, Kentucky.

Following oral argument, the Court contacted the U.S. Marshal and was advised that it may take as long as three weeks for the Defendant to be transported to London, Kentucky. Accordingly, and for good cause shown, Defendant's Motion for Reconsideration is GRANTED.

Defendant's family shall meet him at the Butler County jail no later than 9:30 a.m. on Thursday, August 17, 2017 and transport him forthwith to the Federal Courthouse in London, Kentucky. The Court expects Defendant to personally appear before The Honorable Hanly Ingram in London, Kentucky no later than 2:00 p.m. the same day and to contact U.S. Pretrial Services Officer, Patrick Kennedy, in this district, to advise him that Defendant has arrived safely at the Federal Courthouse in London. Mr. Kennedy can be reached at 937-512-1438.

The address of the Federal Courthouse is United States District Court, London Courthouse Annex, 310 South Main Street, Room 351 in London, Kentucky 40741.

During his drive to London, Kentucky, Defendant shall avoid all contact with co-defendants; not use alcohol or unlawfully possess a narcotic drug or other controlled substance; not use or possess any firearm or destructive device, not violate any federal or state law, and keep his cell phone on at all times so that Mr. Kennedy may check in with him should he choose to do so.

The Court makes no finding as to whether the Defendant should or should not be given a bond on the underlying criminal charges. That matter is left to the sound discretion of Judge Hanly Ingram in London, Kentucky,

**IT IS SO ORDERED**.


August 15, 2017                                           s/Michael J. Newman
                                                          Michael J. Newman
                                                          United States Magistrate Judge